UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 19582
   CHARLES HARRIS
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-8979
```

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/23/2007 and was not confirmed.

     The case was dismissed without confirmation 11/21/2007.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ROUNDUP FUNDING LLC | UNSECURED | 3716.82 | .00 | .00 |
| RFC PRIME ACCREDIT SCH/S | NOTICE ONLY | NOT FILED | .00 | .00 |
| RESCAP MORTGAGE | SECURED NOT I | .00 | .00 | .00 |
| RESCAP MORTGAGE | SECURED NOT I | 37850.14 | .00 | .00 |
| DEUTSCHE BANK NATIONAL T | NOTICE ONLY | NOT FILED | .00 | .00 |
| HOMEWOOD TERRACE CONDO A | SECURED NOT I | 3529.94 | .00 | .00 |
| CHASE HOME FINANCE LLC | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE LLC | SECURED NOT I | 15098.50 | .00 | .00 |
| WILSHIRE CREDIT CORPORAT | CURRENT MORTG | .00 | .00 | .00 |
| WILSHIRE CREDIT CORPORAT | SECURED NOT I | 20814.53 | .00 | .00 |
| PRO SE DEBTOR | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

              Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | .00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | .00 |
| DEBTOR REFUND | | .00 |
| TOTALS | .00 | .00 |

                  PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 19582 CHARLES HARRIS

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 02/27/08

/s/ Tom Vaughn
_____

TOM VAUGHN
CHAPTER 13 TRUSTEE